In HILDEBRAND v. DOUGLASS, from Catawba:

SMITH, C. J. This case is essentially the same as that of *Setzer* v. *Douglass*, and for the reasons given in the opinion in that case, which are equally applicable here, the ruling in the court below must be reversed, and the court directed to proceed in the cause. Let this be certified to the superior court of Catawba.

Error.                                                    Reversed.